IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                  Case No. 3:12-cr-00304-1

            Plaintiff,

                                         O R D E R

      -vs-

                                         JUDGE JACK ZOUHARY

Miguel Francisco-Alejo,

            Defendant.

      This criminal case was referred to United States Magistrate Judge Vernelis K. Armstrong, with consent of the parties, to conduct a change of plea hearing. The Magistrate Judge filed her Report and Recommendation (R&R) (Doc. No. [11]); no Objection has been filed.

      This Court finds that the requirements of Federal Criminal Rule 11 have been satisfied; Defendant was properly afforded his rights under the United States Constitution; Defendant was correctly found to be competent, aware of the charges and consequences of conviction and of the waiver of his rights; and Defendant knowingly, intelligently and voluntarily consented to the Magistrate Judge and entered a guilty plea for which there was an adequate factual basis.

      After a *de novo* review of the record and R&R, the Magistrate's findings are adopted, Defendant's guilty plea is accepted, and a finding of guilty is entered.

      IT IS SO ORDERED.

                                                         s/ *Jack Zouhary*
                                                         JACK ZOUHARY
                                                         U. S. DISTRICT JUDGE

                                                         August 8, 2012